UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDS PROPERTY CASUALTY
INSURANCE COMPANY,

      Plaintiff/Counter-Defendant,      Case No. 13-11233

v.      Honorable John Corbett O'Meara

FRANO KASNECI,

      Defendant/Counter-Plaintiff.
_____/

## **ORDER DENYING MOTION FOR REHEARING**

This matter came before the court on defendant/counter-plaintiff Frano Kasneci's June 5, 2017 motion for rehearing of the court's May 22, 2017 order granting motions to consolidate. No response was filed, and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

L.R. 7.1(h)(3).

In his motion for rehearing, Kasneci presents the same issues ruled upon by the court, either expressly or by reasonable implication.  Accordingly, it is hereby **ORDERED** that the June 5, 2017 motion for rehearing is **DENIED.**


                                                s/John Corbett O'Meara  
                                                United States District Judge

Date:  June 15, 2017


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 15, 2017, using the ECF system.


                                                s/William Barkholz  
                                                Case Manager